### 9226. McRae v. The State.

BROYLES, P. J. The verdict was authorized by the evidence; and the various special grounds of the motion for a new trial are without merit.

*Judgment affirmed. Bloodworth and Harwell, JJ., concur.*

DECIDED DECEMBER 19, 1917.

Accusation of misdemeanor; from city court of Eastman—Judge Griffin. September 11, 1917.

*C. W. Atwill,* for plaintiff in error.

*D. D. Smith, solicitor,* contra.

---

### 9227. Elzie v. The State.

BLOODWORTH, J. 1. In the brief of the plaintiff in error it is conceded that the judge properly overruled the demurrer to the indictment; and this eliminates from the case all questions raised by the demurrer.

2. "Objection that a sentence imposed in a criminal case is for any reason illegal or irregular can not be made the ground of a motion for a new trial." *Martin* v. *City of Rome,* 15 *Ga. App.* 496 (83 S. E. 872); *Hill* v. *State,* 122 *Ga.* 166 (2) (50 S. E. 57); *Sturkey* v. *State,* 116 *Ga.* 526 (42 S. E. 747); *Bellinger* v. *State,* 116 *Ga.* 545 (2) (42 S. E. 747); *Burgamy* v. *State,* 114 *Ga.* 852 (2) (40 S. E. 991).

3. "The action of a trial judge in a criminal case, after a verdict of guilty is returned, in hearing further evidence in order to determine the character of punishment to be imposed, can never be made the subject-matter of review in the Court of Appeals." *Gaskins* v. *State,* 12 *Ga. App.* 97 (7) (76 S. E. 777); *Cason* v. *State,* 16 *Ga. App.* 820 (7) (86 S. E. 644).

4. The indictment charges that the defendant "did unlawfully have in his possession forty gallons of intoxicating liquor, corn liquor." There was evidence that he had in his possession "thirty gallons of corn liquor, intoxicating liquor." The jury returned a verdict of guilty, which was approved by the presiding judge and must stand.

5. As the sentence in this case is somewhat indefinite, the court is directed to remodel its judgment so that the term of service will in no event exceed twelve months.

*Judgment affirmed, with direction. Broyles, P. J., and Harwell, J., concur.*

DECIDED DECEMBER 19, 1917.

Conviction of misdemeanor; from Forsyth superior court— Judge Morris. September 21, 1917.

*H. B. Moss,* for plaintiff in error.

*Herbert Clay, solicitor-general,* contra.